# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina

| | |
|---|---|
| SSG. SHANE PAGE, SPC SPENSER GANSKE, SFC CHRISTOPHER M. WILKES, Individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>JOHN PICERNE, CORVIAS GROUP, LLC, d/b/a CORVIAS, BRAGG COMMUNITIES, LLC, BRAGG-PICERNE PARTNERS, LLC, CORVIAS MILITARY LIVING, LLC, CORVIAS MILITARY CONSTRUCTION, LLC, CORVIAS MANAGEMENT-ARMY, LLC, and HEATHER FULLER,<br>　　　　　　　　Defendants. | Case No. 5:20-cv-336 -D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bragg Communities, LLC
CT Corporation System
160 Mine Lake Ct., Ste 200
Raleigh, NC 27615-6417

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Penry
Penry|Riemann pllc
2245 Gateway Access Point, Suite 203
Raleigh, NC 27607

　　If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, CLERK OF COURT

Date:　　6/25/2020　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:20-CV-336-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


Unless the summons was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina

| | |
|---|---|
| SSG. SHANE PAGE, SPC SPENSER GANSKE, SFC CHRISTOPHER M. WILKES, Individually and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>JOHN PICERNE, CORVIAS GROUP, LLC, d/b/a CORVIAS, BRAGG COMMUNITIES, LLC, BRAGG-PICERNE PARTNERS, LLC, CORVIAS MILITARY LIVING, LLC, CORVIAS MILITARY CONSTRUCTION, LLC, CORVIAS MANAGEMENT-ARMY, LLC, and HEATHER FULLER,<br>     Defendants. | Case No. 5:20-cv-336 -D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bragg-Picerne Partners, LLC
CT Corporation System
160 Mine Lake Ct., Ste 200
Raleigh, NC 27615-6417

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Penry
Penry|Riemann pllc
2245 Gateway Access Point, Suite 203
Raleigh, NC 27607

  If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                     PETER A. MOORE, JR., CLERK OF COURT

Date:   6/25/2020                     *Signature of Clerk or Deputy Clerk*

Civil Action No. 5:20-CV-336-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


Unless the summons was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina

| | |
|---|---|
| SSG. SHANE PAGE, SPC SPENSER GANSKE, SFC CHRISTOPHER M. WILKES, Individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JOHN PICERNE, CORVIAS GROUP, LLC, d/b/a CORVIAS, BRAGG COMMUNITIES, LLC, BRAGG-PICERNE PARTNERS, LLC, CORVIAS MILITARY LIVING, LLC, CORVIAS MILITARY CONSTRUCTION, LLC, CORVIAS MANAGEMENT-ARMY, LLC, and HEATHER FULLER,<br>　　　　　　　　Defendants. | Case No. 5:20-cv-336 -D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Corvias Group, LLC
CT Corporation System
160 Mine Lake Ct., Ste 200
Raleigh, NC 27615-6417

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Penry
Penry|Riemann pllc
2245 Gateway Access Point, Suite 203
Raleigh, NC 27607

　　　If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, JR., CLERK OF COURT

Date:　　6/25/2020　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:20-CV-336-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

Unless the summons was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina

| | |
|---|---|
| SSG. SHANE PAGE, SPC SPENSER GANSKE, SFC CHRISTOPHER M. WILKES, Individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JOHN PICERNE, CORVIAS GROUP, LLC, d/b/a CORVIAS, BRAGG COMMUNITIES, LLC, BRAGG-PICERNE PARTNERS, LLC, CORVIAS MILITARY LIVING, LLC, CORVIAS MILITARY CONSTRUCTION, LLC, CORVIAS MANAGEMENT-ARMY, LLC, and HEATHER FULLER,<br>　　　　　　　　Defendants. | Case No. 5:20-cv-336 -D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Corvias Management-Army, LLC
CT Corporation System
160 Mine Lake Ct., Ste 200
Raleigh, NC 27615-6417

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Penry
Penry|Riemann pllc
2245 Gateway Access Point, Suite 203
Raleigh, NC 27607

　　If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, JR., CLERK OF COURT

Date: 　　6/25/2020　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:20-CV-336-D

## OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


Unless the summons was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____  _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| SSG. SHANE PAGE, SPC SPENSER GANSKE, SFC CHRISTOPHER M. WILKES, Individually and on behalf of others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>JOHN PICERNE, CORVIAS GROUP, LLC, d/b/a CORVIAS, BRAGG COMMUNITIES, LLC, BRAGG-PICERNE PARTNERS, LLC, CORVIAS MILITARY LIVING, LLC, CORVIAS MILITARY CONSTRUCTION, LLC, CORVIAS MANAGEMENT-ARMY, LLC, and HEATHER FULLER,<br>　　　　　　　　Defendants. | Case No. 5:20-cv-336-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Corvias Military Construction, LLC
CT Corporation System
160 Mine Lake Ct., Ste 200
Raleigh, NC 27615-6417

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Penry
Penry|Riemann pllc
2245 Gateway Access Point, Suite 203
Raleigh, NC 27607

　　　If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, JR., CLERK OF COURT

Date:　　6/25/2020　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:20-CV-336-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


Unless the summons was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                *Server's signature*

                                                _____
                                                *Printed name and title*

                                                _____
                                                *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina

| | |
|---|---|
| SSG. SHANE PAGE, SPC SPENSER GANSKE, SFC CHRISTOPHER M. WILKES, Individually and on behalf of others similarly situated,<br>     Plaintiffs,<br><br>  vs.<br><br>JOHN PICERNE, CORVIAS GROUP, LLC, d/b/a CORVIAS, BRAGG COMMUNITIES, LLC, BRAGG-PICERNE PARTNERS, LLC, CORVIAS MILITARY LIVING, LLC, CORVIAS MILITARY CONSTRUCTION, LLC, CORVIAS MANAGEMENT-ARMY, LLC, and HEATHER FULLER,<br>     Defendants. | Case No. 5:20-cv-336 -D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Corvias Military Living, LLC
CT Corporation System
160 Mine Lake Ct., Ste 200
Raleigh, NC 27615-6417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Penry
Penry|Riemann pllc
2245 Gateway Access Point, Suite 203
Raleigh, NC 27607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

PETER A. MOORE, JR., CLERK OF COURT

Date: 6/25/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:20-CV-336-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


Unless the summons was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                   *Server's signature*

                                   _____
                                   *Printed name and title*

                                   _____
                                   *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina

| | |
|---|---|
| SSG. SHANE PAGE, SPC SPENSER GANSKE, SFC CHRISTOPHER M. WILKES, Individually and on behalf of others similarly situated,<br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>JOHN PICERNE, CORVIAS GROUP, LLC, d/b/a CORVIAS, BRAGG COMMUNITIES, LLC, BRAGG-PICERNE PARTNERS, LLC, CORVIAS MILITARY LIVING, LLC, CORVIAS MILITARY CONSTRUCTION, LLC, CORVIAS MANAGEMENT-ARMY, LLC, and HEATHER FULLER,<br>　　　　　　　Defendants. | Case No. 5:20-cv-336 -D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Heather Fuller
Leasing Center Fort Bragg
426 Souter Pl
Fort Bragg, NC 28307

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Penry
Penry|Riemann pllc
2245 Gateway Access Point, Suite 203
Raleigh, NC 27607

　　If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, JR., CLERK OF COURT

Date:　　6/25/2020　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No.   5:20-CV-336-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


Unless the summons was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00          .

I declare under penalty of perjury that this information is true.

Date: _____
_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina

SSG. SHANE PAGE, SPC SPENSER
GANSKE, SFC CHRISTOPHER M. WILKES,
Individually and on behalf of others
similarly situated,
    Plaintiffs,

vs.

JOHN PICERNE, CORVIAS GROUP, LLC,
d/b/a CORVIAS, BRAGG COMMUNITIES,
LLC, BRAGG-PICERNE PARTNERS, LLC,
CORVIAS MILITARY LIVING, LLC,
CORVIAS MILITARY CONSTRUCTION,
LLC, CORVIAS MANAGEMENT-ARMY,
LLC, and HEATHER FULLER,
    Defendants.

Case No. 5:20-cv-336 -D

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
John Picerne
Attn: John Picerne
c/o Picerne Military Housing
75 Lambert Lind Highway
Warwick, Rhode Island 02886

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Penry
Penry|Riemann pllc
2245 Gateway Access Point, Suite 203
Raleigh, NC 27607

  If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                   PETER A. MOORE, JR., CLERK OF COURT

Date:   6/25/2020                  *Signature of Clerk or Deputy Clerk*

Civil Action No. 5:20-CV-336-D

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



Unless the summons was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                       *Server's signature*

                                                                       _____
                                                                       *Printed name and title*

                                                                       _____
                                                                       *Server's address*

Additional information regarding attempted service, etc: