IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil No. 5:20-cv-00336-D

| | |
|---|---|
| SSG SHANE PAGE, BRITTANY PAGE, SPC SPENSER GANSKE, EMILY GANSKE, SFC CHRISTOPHER WILKES, ASHLEY WILKES, CPL TIMOTHY MURPHY, and KATELYN MURPHY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CORVIAS GROUP, LLC, BRAGG COMMUNITIES, LLC, CORVIAS MANAGEMENT-ARMY, LLC, BRAGG-PICERNE PARTNERS, LLC, CORVIAS MILITARY LIVING, LLC, and CORVIAS CONSTRUCTION, LLC,<br><br>Defendants. | |

## NOTICE OF PARTIAL DISMISSAL
### (John Picerne and Heather Fuller)

Plaintiffs hereby memorialize the dismissal of their claims against Defendants John Picerne and Heather Fuller without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as per their first amended complaint filed at Doc. 30.

This notice of dismissal is only partial; all claims as to all remaining Defendants remain pending.

1

Dated: September 1, 2020.

                PENRY | RIEMANN PLLC

                /s/ J. Anthony Penry
                J. Anthony Penry
                N.C. Bar No. 8936
                2245 Gateway Access Point, Suite 203
                Raleigh, NC 27607
                (919) 792-3891
                Andy.Penry@PenryRiemann.com

                BAUER & METRO, PC

                /s/ Robert S. Metro
                Robert S. Metro
                S.C. Bar No. 69494
                Post Office Box 7965
                Hilton Head, SC 29938
                (843) 842-5297
                Rmetro@bauerandmetro.com
                *Appearing pursuant to Local Rule 83.1(e)*

                WALLACE & GRAHAM, PA

                /s/ John Hughes
                Mona Lisa Wallace
                NC State Bar No. 009201
                John Hughes
                NC State Bar No. 22126
                525 N. Main Street
                Salisbury, North Carolina 28144
                Telephone: 704-633-5244
                Fax: 704-633-9434
                mwallace@wallacegraham.com
                jhughes@wallacegraham.com

                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

Dated: September 1, 2020

    Respectfully submitted,

    s/John Hughes
    John Hughes, NC State Bar # 22126
    Wallace & Graham, PA
    525 N. Main Street
    Salisbury, North Carolina 28144
    Telephone: (704) 633-5244
    Facsimile: (704) 633-9434
    jhughes@wallacegraham.com

    *One of the Counsel for Plaintiffs*