IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil No. 5:20-cv-00336-D

**SSG SHANE PAGE, et al.,**

    Plaintiffs,

    vs.

**CORVIAS GROUP, LLC, et al.,**

    Defendants.

## PARTIAL STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs SSG Shane Page, Brittany Page, SSG Spenser Ganske, Emily Ganske, SFC Christopher Wilkes, Ashley Wilkes, CPL Timothy Murphy and Katelyn Murphy, individually and on behalf of others similarly situated, hereinafter collectively referred to as ("Plaintiffs") and Defendants Corvias Group, LLC, Bragg Communities, LLC, Corvias Management-Army, LLC, Bragg-Picerne Partners, LLC, Corvias Military Living, LLC, and Corvias Construction, LLC, hereinafter collectively referred to as ("Defendants") on the other, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice as to Defendants Corvias Group, LLC and Corvias Military Living, LLC only, with each party bearing their own attorney's fees, costs and expenses. Nothing in this stipulation is intended to reflect a dismissal of this action as to any other party.

Dated: December 14, 2021.

| /s/ *John Hughes* | /s/ *Mark P. Henriques* |

PENRY | RIEMANN PLLC
J. Anthony Penry
N.C. Bar No. 8936
2245 Gateway Access Point, Suite 203
Raleigh, NC 27607
(919) 792-3891
Andy.Penry@PenryRiemann.com

BAUER & METRO, PC
Robert S. Metro
S.C. Bar No. 69494
Post Office Box 7965
Hilton Head, SC 29938
(843) 842-5297
Rmetro@bauerandmetro.com
Appearing pursuant to Local Rule 83.1(e)

WALLACE & GRAHAM, PA
Mona Lisa Wallace
NC State Bar No. 009201
John Hughes
NC State Bar No. 22126
525 N. Main Street
Salisbury, North Carolina 28144
Telephone: 704-633-5244
Fax: 704-633-9434
mwallace@wallacegraham.com
jhughes@wallacegraham.com

*Attorneys for Plaintiffs*

WOMBLE BOND DICKINSON (US) LLP
Mark P. Henriques (N.C. Bar No. 18701)
Matthew F. Tilley (N.C. Bar No. 40125)
3500 One Wells Fargo Center
301 South College Street
Charlotte, North Carolina 28202-6025
Telephone ((704) 331-4912
Facsimile: (704) 338-7830
Mark.Henriques@wbd-us.com
Matthew.Tilley@wbd-us.com

HOLLAND & KNIGHT LLP
Thomas J. Yoo*
400 S. Hope St., 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (415) 896-2450
Thomas.Yoo@hklaw.com

Jessica L. Farmer*
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
Jessica.Farmer@hklaw.com

*Attorneys for Defendants  * Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2021, the foregoing was filed electronically on the Court's CM/ECF system, which will transmit an electronic notice to all counsel of record.

/s/ *Mark P. Henriques*
Mark P. Henriques