IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-cv-00336-D

| | |
|---|---|
| SSG SHANE PAGE, BRITTANY PAGE, SPC SPENSER GANSKE, EMILY GANSKE, SFC CHRISTOPHER WILKES, ASHLEY WILKES, CPL TIMOTHY MURPHY, and KATELYN MURPHY, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BRAGG COMMUNITIES, LLC, CORVIAS MANAGEMENT-ARMY, LLC, BRAGG- PICERNE PARTNERS, LLC and CORVIAS CONSTRUCTION, LLC, <br><br> Defendants. | ORDER |

Upon the Joint Motion of Plaintiffs and Defendants for appointment of a judicial officer to conduct a court-hosted settlement conference, the Court appoints __Magistrate Judge James Gates__.

SO ORDERED. This 9 day of February, 2022.

JAMES C. DEVER III
United States District Judge