IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-cv-00336-D

| | |
|---|---|
| SSG SHANE PAGE, BRITTANY PAGE, SPC SPENSER GANSKE, EMILY GANSKE, SFC CHRISTOPHER WILKES, ASHLEY WILKES, CPL TIMOTHY MURPHY, and KATELYN MURPHY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRAGG COMMUNITIES, LLC, CORVIAS MANAGEMENT-ARMY, LLC, BRAGG- PICERNE PARTNERS, LLC, and CORVIAS CONSTRUCTION, LLC,<br><br>Defendants. | |

## SUGGESTION OF DEATH

Please be advised pursuant to Rule 25 of the Federal Rules of Civil Procedure that one of the Plaintiffs in this matter, Timothy Murphy, has passed away.

1

Dated this 16th day of August, 2022.

                                                                    By:    s/John Hughes
Mona Lisa Wallace
NCSB #9021
John Hughes
NCSB #22126
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC  28144
Phone: 704-633-5244
Fax: 704-633-9434
mwallace@wallacegraham.com
jhughes@wallacegraham.com

2

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on the 16th day of August, 2022, I filed a true and correct copy of the above and foregoing SUGGESTION OF DEATH with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys indicated on the NEF, including counsel for Defendant.

By: s/John Hughes
Mona Lisa Wallace
NCSB #9021
John Hughes
NCSB #22126
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144
Phone: 704-633-5244
Fax: 704-633-9434
mwallace@wallacegraham.com
jhughes@wallacegraham.com
