# EXHIBIT N

| Medical Providers Identified in Plaintiffs' Verified Discovery Responses | Add'l Providers Identified by Plaintiffs' Counsel in Unverified 10-Year Medical History | Add'l Medical Providers Identified by Plaintiffs' Counsel in 7/28/22 Ltr. |
|---|---|---|
| **Timothy Murphy** | | |
| None Provided | Wise Eye Clinic<br>Sandhill Medical Clinic<br>Clarks Clinic | Benning Martin Army Community Hospital<br>Nature Coast Medical Group<br>Womack Army Medical Center |
| **O.M.** | | |
| None Provided | Shands Hospital<br>Alliance Pediatrics<br>Kidzcare Pediatrics<br>Womack Hospital<br>Cape Fear Hospital<br>Cape Fear Pediatrics | Cape Fear Valley Medical Center<br>Carolina Child Neurology<br>UF Health |
| **Katelyn Murphy** | | |
| None Provided | Cape Fear Family Medicine<br>Shands Hospital<br>UF Health Internal Medicine | Cape Fear Orthopedic Clinic<br>Womack Army Medical Center |
| **Spenser Ganske** | | |
| Robinson Clinic<br>PT Tests<br>Womack ER<br>Vaccinations in Florida | | 96th Medical Group |
| **Emily Ganske** | | |
| Robinson Clinic | St. Joseph<br>Womack ER | |
| **Shane Page** | | |
| Robinson Clinic<br>Joel Clinic<br>Team medic<br>Sick call | | Guthrie Ambulatory Care Center<br>Womack Army Medical Center |
| **C.F.** | | |
| Robinson Clinic<br>Joel Clinic | | Womack Army Medical Center<br>Mountain View Pediatrics |
| **B.H.** | | |
| Robinson Clinic<br>Joel Clinic | | Womack Army Medical Center |

| E.W. | | |
|---|---|---|
| Phycinity PLLC<br>Pediatric orthopedic surgeon at Duke and then UNC<br>Wiesbaden Health Clinic | | Landstuhl Regional Medical Center |
| **B.W.** | | |
| Pleasant View Children's Clinic<br>Blanchfield Army Community Hospital<br>Phycinity PLLC<br>Womack Medical Center ER<br>Wiesbaden Health Clinic | | VIP Children's Clinic |
| **Ashley Wilkes** | | |
| Dental work in Springfield, TN<br>"May have gone to an urgent care" in Springfield, TN<br>Vanderbilt Center for Women's Health<br>Baby & Co.<br>Womack Army Medical Center<br>Fayetteville Women's Health<br>Wiesbaden Health Clinic<br>Landstuhl Regional Medical Center | | Vanderbilt University Medical Center |