# EXHIBIT A

# Farmer, Jessica L (WAS - X75222)

| | |
|---|---|
| **From:** | Farmer, Jessica L (WAS - X75222) |
| **Sent:** | Friday, August 12, 2022 6:25 PM |
| **To:** | John Hughes; Robert Metro; Andy Penry; Linda Wike; osmith@wallacegraham.com; Mona Wallace |
| **Cc:** | Henriques, Mark; Yoo, Thomas J (LAX - X52425) |
| **Subject:** | Page v. Bragg Communities: Defendants' Third Production |

Counsel,

Defendants' third production, bates labeled DEF_00004847 - DEF_00005086 has been uploaded to Aspera, our FTP site: https://hkfast.hklaw.com/browse/shares/2020

I will send the password to unzip the production in a separate email.

Please let me know if you have any trouble accessing.

Best,

**Jessica Farmer** | **Holland & Knight**
Partner
Holland & Knight LLP
800 17th Street N.W., Suite 1100 | Washington, District of Columbia 20006
Phone 202.469.5222 | Mobile 301.580.4529
jessica.farmer@hklaw.com | www.hklaw.com
Pronouns: *she, her, hers*

Add to address book | View professional biography

# Farmer, Jessica L (WAS - X75222)

| | |
|---|---|
| **From:** | Farmer, Jessica L (WAS - X75222) |
| **Sent:** | Friday, September 9, 2022 7:09 PM |
| **To:** | John Hughes; Robert Metro; Andy Penry; Linda Wike; osmith@wallacegraham.com; Mona Wallace |
| **Cc:** | Henriques, Mark; Yoo, Thomas J (LAX - X52425); Renstrom, Laura B (JAX - X27222); Winters, Daniel K (NYC - X73509) |
| **Subject:** | Page v. Bragg Communities: Defendants' Fourth Production |

Counsel,

Defendants' fourth production, bates labeled DEF_00005087 - DEF_00048379 has been uploaded to Aspera, our FTP site: https://hkfast.hklaw.com/browse/shares/2020

I will send the password to unzip the production in a separate email.

Please let me know if you have any trouble accessing.

Best,

**Jessica Farmer** | **Holland & Knight**
Partner
Holland & Knight LLP
800 17th Street N.W., Suite 1100 | Washington, District of Columbia 20006
Phone 202.469.5222 | Mobile 301.580.4529
jessica.farmer@hklaw.com | www.hklaw.com
Pronouns: *she, her, hers*

Add to address book | View professional biography