# **EXHIBIT 26**





3:04          LTE

**Emily Ganske** ▶ **Corregidor Courts/ Bougainville Anything goes!!**
1h · 

**Suzi Smith**
Yep. That's how they get bonus money
36m   Like   Reply       1

**Emily Ganske**
**Suzi Smith** I figured so
6m   Like   Reply

Write a reply...

**Sabrina Collins**
Take screenshots and save everything. Any decay of the property that you can prove you have requested maintenance on and they failed to upkeep they cannot charge you at move out. When we departed they tried sticking us with 7 years of wear and tear on the property but we had copies of their work orders and "fixes". Every bandaide fix and mysteriously disappeared order on their end ; notated and reflected on paper as well as the state of the residence. Any repairs they deemed necessary and tried unloading onto us had a workorder or two to match in regaurds to maintenance and repair. They could not stick us with an inflated bill but they tried.
22m   Like   Reply       1

**Emily Ganske**
**Sabrina Collins** that's one thing I'm

Write a comment...     GIF

BraggHsResp002132

**Emily Ganske** ▶ **Corregidor Courts/ Bougainville Housing Area**
1h · 🖼

**Alyssa Brunner**
That happened to me once. And when i put another order in i made sure to put that the last was deleted and i had been waiting for 1.5 months and they got it done that week.

1h    Like    Reply

**Emily Ganske**
**Alyssa Brunner** the ones they deleted of mine are the ones I've had to resubmit and state that they closed it out and it wasn't even completed. I just wasn't sure if it has happened to anyone else.

1h    Like    Reply

Write a reply...

**Amanda Anderson**
Yes I have. I called the community center to follow up once I resubmitted it. I spoke with Leonard and Shayna.

1h    Like    Reply

**Amanda Anderson**
Since then I haven't seen that happen but do have a couple that have been sitting for a while but they aren't urgent so I understand

1h    Like    Reply    👍1

Write a comment...    GIF    😊

maintenance and repair. They could not
stick us with an inflated bill but they tried.

34m   Like   Reply   1

 **Emily Ganske**
**Sabrina Collins** that's one thing I'm
worried about. We PCS in a few
months. I'm pretty good at taking
pictures of everything that wrong and
damaged. But the work orders I have
put in the last few months have
disappeared and I didn't even think to
take a screenshot of them.

19m   Like   Reply

 **Danielle Olson**
I had to urgently move out of a mold
house. Also very allergic and had bad
health issues because of it. It was their
fault also from not going and fixing a
leaked pipe from years before. They
made me go back in there to clean the
stove and ect.  Did that. Given all my
stuff was in boxes and was a hassle
then they said it wasnt good enough, i
went back and was like "i cannot go
back in there. I refuse to, youre putting
my health at risk even further" they
walked in there and checked it again
and said it was fine. Months later they
charged me a cleaning fee. Im still
trying to fight that shit.

2m   Like   Reply

Write a reply...   GIF   ☺

🏠   ▶️ 9+   🏬   👥   🔔   ☰



**Emily Ganske** ▶ **Corregidor Courts/ Bougainville Anything goes!!**

2h · 🖼

**Cassandra Manis**
Yes happened to me

40m   Like   Reply

**Emily Ganske**
**Cassandra Manis** they deleted yours or marked them as complete?

Posting...

Write a reply...

**Tara Michelle** 🙄
They've been deleting mine and I've started keeping track of it. They put down a carpet strip in our laundry room to keep it from coming up. Because they were too lazy to fix it. And now it's coming up on the other end and we move in a month and I'll be darned if they're charging us 😂

2m   Like   Reply

**Emily Ganske**
**Tara Michelle** it's all bandaid fixes lol. I've noticed they only delete mine when I put them in multiple times for it not being completed.

Posting...

Write a reply...

Write a comment...   GIF   🙂

🏠   ▶️ 9+   🏪   👥   🔔 2   ☰

Braggs-Resp002135



**5:35**

‹  Emily Ganske ▶ Corregidor Courts/
   Bougainville Anything goes!!        ...
   4h ·

on the surveys and it still happens.
They are real dumb lol

1h    Like    Reply                    👍1

Write a reply...

**Ashlee Monzalvo**
Is there a way to get a paper trail of every
work order placed?? I've had my AC get
bandaid "fixed" 14x now. Since last summer.
Still not fixed. Leaking water into the carpet
past the door. And they have done anything
about it  idk what they're waiting for. Put in
a work order twice for my seems in the
carpet coming undone all over the house in
perfect sections from which looks like a
bandaid repair from previous tenants. Still
havent done anything about it.  And other
bandaid jobs from months-now. Everytime I
get the survey in the email, does that mean
they closed it out as complete!??

2m    Like    Reply

**Emily Ganske**
**Ashlee Monzalvo** yeah that means they
closed it out as complete. You can call
and ask them to print out all of your
work orders.

Just now    Like    Reply

Write a reply...

Write a comment...                GIF  ☺

🏠    ▶9+    🏪    👥    🔔    ☰

Bragg 4sResp002136



7:51

◀ Messenger

**Emily Ganske** ▶ **Fort Bragg On Base Housing** 🏗️
56m · 🔲

CLASSACTION.ORG
**Mold, Wood Rot, Lead: Class Action Filed Over 'Abysmal' Conditions of Military Housing at Fort Bragg**

👍 Like     💬 Comment     ➦ Share

👍 7

**Toby DeJoinville**
We don't fit either of the classes of tenants. It took us two years of fighting Corvias and having to get a senator involved, just to be moved out of a house they never biologically decontaminated after a murder. They literally had painted over bloodstains on the walls and ceilings, and some places they hadn't cleaned at all.

Just now   Like   Reply

**Emily Ganske**
**Toby DeJoinville** send me a message!
Just now   Like   Reply

Write a reply...

Write a comment...     GIF 😊

BraggHsResp002137

**Emily Ganske** shared a link.
5h · 

Ashley Wilkes and 33 others

**Toby DeJoinville**
We don't fit either of the classes of tenants. It took us two years of fighting Corvias and having to get a senator involved, just to be moved out of a house they never biologically decontaminated after a murder. They literally had painted over bloodstains on the walls and ceilings, and some places they hadn't cleaned at all.

4h    Like    Reply                              😮 10

View 2 previous replies...

**Toby DeJoinville**
140 Leham.  I feel sorry for the new people that live there.



43m    Like    Reply

**Toby DeJoinville**

Write a comment...                    GIF   ☺

**Emily Ganske** shared a link.
5h ·

**Toby DeJoinville**



43m    Like    Reply

**Toby DeJoinville**

42m    Like    Reply

Write a reply...

Catherine Baker
**Nicole Fann**    👍 1

3h    Like    Reply

Write a comment...    GIF  ☺

BraggFlsResp002139



**12:08**

< 〈 **Emily Ganske** shared a link.
5h · 🖼 ···

> Write a reply...

**Amber Lace**
I wish this wasn't the past 3 years . We paid hell 9 years ago here . I still have allllllll the paperwork pictures , mold samples etc 😭

3h   Like   Reply

**Emily Ganske**
**Amber Lace** message me!!

3h   Like   Reply

Write a reply...

**Courtney Wong**
Just in February they tried to place us in a badly cockroach infested home. I'm horrified.

3h   Like   Reply

View 7 previous replies...

**Courtney Wong**
She literally told us they were probably carpet beetles at first. Said sometimes that happens with new carpet so I said these aren't carpet beetles I know what they look like and is this new carpet? It clearly wasn't new carpet. It wasn't until we found roaches in every corner of the house that she finally stopped trying to hurry us into a decision of accepting

Write a comment...   GIF   ☺

BraggIsResp002140



**Emily Ganske** shared a link.
5h · 🖼

**Alexis Danielle Martin**
I had a major roof leak in my guest bedroom. Started pouring into my floor and the ceiling started to fall in. They came to fix the inside but still to this day no one has come to fix the inside. It's starting to grow mold, my husband goes in daily to spray bleach on it to try and keep it down, we had to shut off that room completely. I'm 28 weeks pregnant, they better get to fixing it soon.

3h  Like  Reply

View 1 previous reply...

**Liz Stitt**
**Alexis Danielle Martin** don't count on it! I was 37 weeks pregnant and we had similar issues, they didn't come out until after I gave birth. Even then it took them a week to finish it and they didn't even do a good job because it started leaking again

2h  Like  Reply

**Alexis Danielle Martin**
**Emily Ganske** sure!

2h  Like  Reply

**Emily Ganske**
http://www.militaryhousinghelp.com/

Write a comment...



**12:08**

**Emily Ganske** shared a link.
5h · 🔂

**Hanah Walker**
We had mold in 3 of our homes, all through corvias: Maryland, Virginia, and NC. We don't have pictures anymore, but it affected our family and kids big time.

2h   Like   Reply

**Emily Ganske**
**Hanah Walker** http://www.militaryhousinghelp.com/

**Military Housing Lawyer | MilitaryHousingHelp.com | Unit...**
militaryhousinghelp.com

59m   Like   Reply

Write a reply...

**Taylor Hinshaw**
Damn. They continuously deleted work orders for us for our carpet and trees that are extremely close to falling on the house. They denied changing our carpet to hard floor even with the ETP from my husband. We finally moved off post recently and just have to finish the last of the move out for their inspection. I can't wait to see how they fuck us over there.

2h   Like   Reply

**Taylor Hinshaw**

Write a comment...   GIF  ☺

BraggPlsResp002142

 **Emily Ganske** shared a link.
4h ·                     ...

**Cassandra Manis**
Does me falling through the deck count? Or
does it have to be mold only 

3h    Like    Reply

 **Emily Ganske**
**Cassandra Manis** it's not only about
mold. It's about all kinds of housing
defects. Do you have anything wrong
with the inside of your house?

3h    Like    Reply

**Cassandra Manis**
**Emily Ganske** so when I was holding
my daughter as a newborn, I sat in a
chair on the deck and the back leg went
straight through and I fell while holding
her, the inside of our house in the
kitchen is sinking horrendously but
they've said there's "nothing they can
do but we're not in any danger". We've
had water dripping from our electrical
outlets but since they didn't actually
see it they said there wasn't anything
they could do and they wouldn't check
the walls for mold or mildew without me
having a medical reason to do so. And
last but not least, we've been trying to
get someone for almost a year to come
and check for rotting floorboards under
the carpet because of two weird
identical stains that keep po... See More

Write a comment...                    GIF   ☺



2:08

Emily Ganske ▶ Fort Bragg On Base Housing 🏘️
7h ·

Write a reply...

**Emya Roberts**
**Gwendolyn Lomax**
2h   Like   Reply

**LeYasha Cruz**
Just curious if anyone knows— is this the reason for the relief of the garrison commander? Every article I've read about him leaving says there is an ongoing investigation and also kinda awkwardly mentions housing issues that he "inherited" but doesn't say that it's connected to the investigation? Just wondering if that would something plausible he could've been relieved for 😱
1h   Like   Reply                           👍 1

**Lillian Bradford**
I have discovered mold in all my upstairs windows from them not being sealed in December and have yet to have someone come fix it no matter how many times I call. I have an infant so I'm beyond agitated! Hopefully this stops future families from going though unnecessary stress.
Just now   Like   Reply

Write a reply...

Write a comment...

Bragg-IsResp002144

 **Brittany Stiles** ▶ **Chalk Paint &
Upcycled Furniture**
3h · 🌐                                    · · ·

 1 cup of latex paint, 1/3 cup of hot water
and 1/3 cup of plaster of paris.  The key for
smooth texture for me has been to add the
VERY hot water to the plaster of paris, mix
slightly and allow to cool.  Once cool pour
that mixture into a small blender and add
paint.  Blend for about a minute.  It will be
foamy......very foamy.  Pour it into an airtight
jar and let it sit for a day and then stir and
use.

1h    Like    Reply

 **Leeann Seaton Payne**
When I make mine I use 5 Tulsa plaster of
Paris, 3 tabla water 2 cups paint. Mic your
water and p.o.p first then slowly add your
paint

1h    Like    Reply

 **Leeann Seaton Payne**
Stupid auto correct, tablespoons of plaster
and water

1h    Like    Reply

 **Leanne Perri**
I use 3 tablespoons calcium carbonate and
a little warm water to make a smooth runny
paste then add to 500ml paint. I find it just
as good if not better than store bought
chalk paint. Good luck 😉

1h    Like    Reply                               1

🖵   Write a comment...                    GIF  ☺

               

BraggiesResp002145



< **Rachel Christian** ▶ **Military Housing Advocacy Network**
🛡 Admin · 12h · 🖼

Or was it creech?

12h   Like   Reply

**Marcus Wise** ✋
My daughter was born 11 week's premature with birth defects that could be environmental. I live in historic housing & I'm terrified that it had something to do with her birth defects

12h   Like   Reply

> **Rachel Christian** 🛡
> What installation? Please feel free to PM me.
>
> 12h   Like   Reply

> **Marcus Wise** ✋
> Fort Bragg, I'll dm you with additional Details
>
> 12h   Like   Reply

> **Rachel Christian** 🛡
> **Marcus Wise** Please do - I have some info on Bragg historic housing that Id like to share incase it helps
>
> 12h   Like   Reply

 Write a reply...

**Kelsey Petro**
We haven't had any issues with our housing

◯ Write a comment...    

     



**Residents At Fort Bragg**
5d · ⚙

Most Relevant ⌄

**Lorena Butler**
Dear Corvias:
I am highly disappointed in your maintenance services. Our AC has broken 5 times in a single week!!! How about you take the money you are making from military tenants and actually work on keeping these garbage houses you claim are in tip-top shape for the military communities?! Here in Linden Oaks, the tenants are fed up with the poor quality of maintenance and upkeep of these houses!!! Please consider stepping up your service before you loose more tenants due to lack of care!!!

2d   Like   Reply

✏ Author
**Residents At Fort Bragg**
Thank you Lorena for reaching out. It is my understanding that a member of management has been in contact with you but please give us a call if you have any further issues.

21h   Like   Reply

Write a reply...

Most Relevant is selected, so some comments may have been filtered out.

Write a comment...   GIF   ☺

**‹** Fort Bragg, N.C. ✓
Apr 30 · 🌐 · · ·

9w   Like   Reply                    👍😢 18

**Bet JL**
Health and well being of residents... right....
tell me more about the black mold you
acknowledge but have done nothing about
2 weeks after the news media and report
card came out showing ft bragg housing is
the bottom of the list.

9w   Like   Reply                    👍😮 13

**Emily Ganske**
**Bet JL** do y'all have mold in yalls home
as well?

9w   Like   Reply

**Joe Gelin**
No one should have to live in housing
that threatens soldiers and their
families lives. Call your state
congressman,  that's what it took for
me to do 30 years ago at Fort
Monmouth.

9w   Like   Reply

🔷 Top Fan
**Kacy Allen**
Yep! Mold in our master bathroom!

9w   Like   Reply

**Gwynn Kennedy Semmelink**
We had it in our ducts and they never

Write a comment...                    GIF  ☺



Bragg-IsResp002148



**Fort Bragg, N.C.** ✓
Apr 30 · 🌐

· · ·

**Emily Ganske**
**Bet JL** do y'all have mold in yalls home as well?

9w    Like    Reply

**Joe Gelin**
No one should have to live in housing that threatens soldiers and their families lives. Call your state congressman, that's what it took for me to do 30 years ago at Fort Monmouth.

9w    Like    Reply

🌐 Top Fan
**Kacy Allen**
Yep! Mold in our master bathroom!

9w    Like    Reply

**Gwynn Kennedy Semmelink**
We had it in our ducts and they never treated it, claiming regular mold. I sent it to a state lab with a favor from a friend of my mom and guess what . . . black mold. Funny enough I couldn't get my phone calls answered after that.

9w    Like    Reply

Most Relevant is selected, so some replies may have been filtered out.

Write a reply...

◻ Write a comment...    GIF  ☺

🏠   ▶ 9+   🏪   👥   🔔   ☰



10:25

**Fort Bragg, N.C.** ✔
Apr 30 · 🌐

Most Relevant is selected, so some replies may have been filtered out.

Write a reply...

**Matt Brigman**
(Health and well being of residents is our number one priority and to maintain social distancing protocols) what about all the construction workers from off base at corvias properties, we are working in homes with other crews and just being told to wear a 😌 like thts gonna change anything, also being thrown into these homes that are so called completely torn out but they are just covering the problem, still old insulation in attics, etc. corvias workers do not know this because they walk in and walk out and are constantly on phone or just sitting in truck. I see this 4-5 days a week. We are expected to push ourselves to work during this while our safety and our families safety are being ignored by ignorance.

9w   Like   Reply                              👍 1

🔷 Top Fan
**Joe Gambino**
It least now Corvias can hide their neglect behind the Covid-19 shennaghans.

can't break lease without paying a fee, but not taking care of housing sure seems like a

Write a comment...                    GIF  ☺



**10:26**

< **Fort Bragg, N.C.** ✓
Apr 30 · 🌐                    ⋯

water in our home for over a year 🙍‍♀️

9w  **Like**  **Reply**              👍😢 9

⚪ Joelle Fitzy Replied · 2 Replies

**John Mashburn**
Can we get the landscapers under control.
They aren't cutting all the grass in the
neighborhoods and when they do you can
barely tell they have even been there at all.

9w  **Like**  **Reply**              👍❤️ 10

⚪ Stephanie Ortecho Replied · 2 Replies

**Jennalynn Apedaile Thomas**
Yes my home that hasn't had working AC
and a leaking kitchen drain since I moved in
aren't being addressed because clearly
mold and high heat is the best interest of
my 3 small children and 2 month old infant.
What a joke corvias just saw an excuse to
get out of doing what it's always trying to
get out of doing and ran with it.

9w  **Like**  **Reply**              👍😲 5

**Pamela Winton**
I have driven by the same homes that back
to Butner for three years that have rotting
fascia, busted gutters, roofs in desperate
need of replacement/repairs.  Same
homes... no repairs for three years.

9w  **Like**  **Reply**              👍 7

⃝  Write a comment...        GIF  ☺

🏠   ▶️9+   🏪   👥   🔔   ☰

Bragg-IsResp002151



10:26

< ● Fort Bragg, N.C. ✔
    Apr 30 · 🌐                    •••

get out of doing and run with it.

9w    Like    Reply              👍😮 5

**Pamela Winton**
I have driven by the same homes that back
to Butner for three years that have rotting
fascia, busted gutters, roofs in desperate
need of replacement/repairs.  Same
homes... no repairs for three years.

9w    Like    Reply                    👍 7

💎 Top Fan
**Kacy Allen**
Currently dealing with mold in the master
bathroom, endless red ants that we try to
get rid of and have called corvias over and
over. But, "everyone is dealing with red ants
and it's not really essential to take care of..."
oh, so would they like to pay my vet bills
from my dog being outside to go to the
bathroom and gets all bit up and ends up
with scans and a second infection. And
they've got on my five year old child.
Then our gutters need cleaned and part of
it is bent. So when it's pouring outside, it
floods over and has actually put two huge
holes in our yard that's just below the
gutters and a guy stopped by, looked the
hole, blamed our dog and left. So we were
told. We didn't even know anyone stopped
by. Our dog doesn't dig because I don't like
a dirty dog on my house. Nor do... See More

9w    Like    Reply              👍😢 2

[O]    Write a comment...         GIF  ☺

🏠    ▶️ 9+    🏪    👥    🔔    ☰

Bragg-IsResp002152

 Search Facebook

 **Cailynn Bambas**
Why 4 days?! I thought they were good at getting things done.
1d   Like

 **Jyn Meyer**
Who is corvias?
23h   Like

 **Shiloah Salazar Baker**
**Jyn Meyer** the military housing contractors in this area.
21h   Like

 **Katie Phipps Hague**
They're the worst.

They painted over all the mold in our house and now it's creeping through. Disgusting.
21h   Like

 **Kandi N Ammon**
Do you need to come over??? That sounds so miserable!!
21h   Like

 **Rebecca Clark Richey**
I wish we were closer. I have a window unit
20h   Like

 **Tonya Bigelow**
Oh no....how are you staying cool my friend?❤️
20h   Like

    

BraggFisResp002153



10:30

**Nicole M. Meier**
1d · 🌐

Finally. I wish the families the best of luck. Once we moved off base none of us have been sick. 2 years ago now. For the love of God put more into the housing of military families and take a little bit less for your own pocket Corvias. #therehastobeabetterway

CLASSACTION.ORG
**Mold, Wood Rot, Lead: Class Action Filed Over 'Abysmal' Conditions of Military Housing at Fort Bragg**

👍 Like          ↗ Share

👍❤️😮 16

**Erin Devitt Zeek**
They definitely need to be held accountable.
1d   Like                              😝 1

**Heather Box**
Agree! We were sick pretty much every month when we lived there and I waited a couple of months once we got here to make a judgement. We've been here 8 months



**Nicole M. Meier**
1d · 🌐

•••

**Heather Box**
Agree! We were sick pretty much every month when we lived there and I waited a couple of months once we got here to make a judgement. We've been here 8 months and my kids have been sick ONCE.

1d    Like                                    😢 1

**Brandon N Becka Kiss**
**Heather Box** I'm so happy to hear that!!! Y'all were always sick!

1d    Like



**Heather Box**
**Brandon N Becka Kiss** yes! I mean I know that the social distancing has helped because we don't go anywhere really but ▇Charlie▇ and ▇henry▇ were in school for the first 3 months we were here and they didn't get sick at all! We're actually thinking they got COVID back in March right when washington was ground zero 😬 but that's been it!

1d    Like

**Brandon N Becka Kiss**
**Heather Box** that is so crazy! ▇Kennedy▇ has not had one ear infection, I can't even remember the last time we went to the doctor it's so nice not living at urgent care 😂 I'm so glad y'all are healthy and doing well!!! And recovered from covid!

     

**Nicole M. Meier**
1d · 🌐

⋯



from covid!

1d   Like

**Brandon N Becka Kiss**
Yes! ▓Kennedy▓ had tubes twice and ear infections every month. We've been off base almost a year and she hasn't had one and none of my kids have hardly been sick!

1d   Like                                      😮 1

**Brandon N Becka Kiss**
Oh and she grew fungus in her ear while living in linden oaks! Literally had to put athletes foot medication in her ear. 🤢🤢🤢🤢 we moved and poof gone!

1d   Like

**Sabrina Hadley**
Ha, remember then my guest bathroom always leaked! They just painted over it... never fixed the problem. Only thing I miss from Bragg are my neighbors 😌

1d   Like                                      😢 1

**Alexis Sawchak Cooper**
My health has been 100x better since we moved from NC in general. It's weird.

1d   Like                                      😂 1

**Grace Barnett**
😱 Why am I not surprised.

21h   Like



4:50 ⬩ LTE

Sara Miller ▸ Fort Bragg On Base Housing and Support Group🏡

4h · 🖼

3h  Like  Reply

Write a reply...

**Danielle Jackson**
We've had a work order in for months about mold in our kitchen and we're supposed to move out the 30th and I called again saying they need to get it fixed and they said hopefully someone will come out after our move out inspection to fix it. I'm just hoping they don't move someone in until it's fixed properly because it is hidden

3h  Like  Reply

**Sara Miller**
**Danielle Jackson** oh gosh definitely make Garrison aware if they are not already. Corvias can also put you in a hospitality suite so ask about that if they are not offering to move you to a new home.

3h  Like  Reply

**Danielle Jackson**
How do I get in contact with the Garrison? Since we're about to move they aren't concerned anymore is basically what they told me

3h  Like  Reply

**Sara Miller**

Write a comment...

Bragg-IsResp002157



**Sara Miller ▶ Fort Bragg On Base Housing and Support Group**🏡
4h ·

due to not having AC. Finally Garrison got involved and the issue should be resolved tomorrow. The Garrison inspector wanted me to let as many people as I could know to contact them if Corvias is not resolving an issue. Garrison is not aware of an issue unless it's brought to their attention, so a lot of issues are being swept under the rug by Corvias. My husbands command said that it's best to notify the service memebers command first then contact Garrison. I hope this helps some of you!

👍 Like          💬 Comment

👍 19

**Lee Nash**
I work for Garrison and I still have work orders from last year that haven't been dealt with. We have finally decided to buy a house and move off post. Thankfully my CDR and 1SG are tracking everything and the move out inspection will be interesting.

3h   Like   Reply                          👍2

**Sara Miller**
**Lee Nash** I think that's what we will be doing as well in the near future. This was our first station so I wanted to live on base to get familiar with everything but I'm regretting that now 😬 best of luck to you!

3h   Like   Reply

Write a reply...

Write a comment...          📷  GIF  ☺

🏠   ▶9+   🏪   🏳   🔔   ☰

 Jessica Lynn Brueck ► Corregidor Courts/Bougainville Housing Area
2h · 

 1

 **Tyler Cissna**
We had this same issue in the exact same corner cabinet. They pulled the top cleaned it and it kept coming back. Also had a terrible musty smell all the time and you could feel the moisture. There ended up being a gap in the subfloor allowing moisture in. It took over a year for them to finally "fix" it with a can of foam.

1h   Like   Reply

 **Jessica Lynn Brueck**  Author
**Tyler Cissna** yes!! I can smell it and I can feel the moisture. I first found it in the corner but now it's the entire counter top in the entire kitchen. The first pictures is on top of the drawers were I keep the silverware  and it's the cabinets were I keep the pots and pans so i literally ate and cooked with that stuff. I'll call AGAIN tomorrow morning and tell them is the entire counter/cabinet that has to be replaced.

1h   Like   Reply

 **Tyler Cissna**
yea we lost several appliances from the mold. Hopefully things work out for you. We went back and forth for months.

Write a comment...  

     

 **Jessica Lynn Brueck** ▶ **Corregidor Courts/Bougainville Housing Area**
2h · 

‹                                            ···

> **Tyler Cissna**
> yea we lost several appliances from the mold. Hopefully things work out for you. We went back and forth for months. They promised to replace them but then decided not to. They pulled the corner cabinet sent serv pro out to clean it. Left it in our driveway for a week and a half before finally reinstalling it. They were just gonna reinstall it without fixing the source. the maintenance manager wasn't convinced there was moisture coming in even though you could feel/smell a draft coming out. We had guys from higher up in Corvias come out and ultimately they refused to replace the cabinets even though the the cabinet installers were here to replace it. It was extremely frustrating.
>
> 1h   Like   Reply

> **Jessica Lynn Brueck**   Author
> **Tyler Cissna** I bet it was. If they try and pull something like this on us We are going to lose it. We already had major problems with corvias. Thank U tho I'll make sure theyl ll find the problem
>
> 1h   Like   Reply

 **Tyler Cissna**

Write a comment...      〇 GIF ☺

Bragg-PlsResp002160

 Jessica Lynn Brueck ▶ Corregidor
Courts/Bougainville Housing Area
2h · 🖼

maintenance manager wasn't
convinced there was moisture coming
in even though you could feel/smell a
draft coming out. We had guys from
higher up in Corvias come out and
ultimately they refused to replace the
cabinets even though the the cabinet
installers were here to replace it. It was
extremely frustrating.

1h   Like   Reply

 Jessica Lynn Brueck  Author
**Tyler Cissna** I bet it was. If they try and
pull something like this on us We are
going to lose it. We already had major
problems with corvias. Thank U tho I'll
make sure theyl ll find the problem

1h   Like   Reply

 Tyler Cissna
Good luck! I'm pretty sure there's a new
maintenance manager now.

1h   Like   Reply

 Write a reply...

 Alana Fioravanti
I'm having the same problem!
1h   Like   Reply                     1

 Write a reply...

Write a comment...     

         1  

**Register to Vote**

**Share You Registered**

**Alena Martinez** ▶ **Corregidor Courts/ Bougainville Housing Area**

9h · 

Thoughts guys?? I've dealt with Corvias so many times with mold. We've lived in 3 houses total on Bragg and every house has had some sort of mold. I'm just tired at this point! Guidance on how to deal with this would be so helpful!



13 Comments

👍 Like          💬 Comment

**Kaitlynn Dragoo**

**Alena Martinez** ▶ **Corregidor Courts/ Bougainville Housing Area**
9h · 🖼️

**Meagan Heady Solorzano**
No guidance but I feel your pain. My wall and light switch looks like this as well and every time I call they send someone and all they do is wipe the wall and caulk around the light panel and then two or three days later the mold is back. 😭

9h   Like   Reply                          👍 1

**Meagan Heady Solorzano**



8h   Like   Reply

**Meagan Heady Solorzano**

Write a comment...

 **Alena Martinez** ▶ **Corregidor Courts/ Bougainville Housing Area**

9h · 

···



Write a reply...

 **Kristian Padgett**

So if you see your outlets bowing out it's probably got mold behind it. I took my socket cover off and looked at it. If your able to press like a flat head screw driver in it then it's been wet before

8h    Like    Reply

 **Kristian Padgett**

This was our socket and it's got water on it so there was condensation or water in the socket



8h    Like    Reply

 **Lexis Reed**

**Ishmael J Reed**

8h    Like    Reply

 **Kaitlynn Dragoo**

Write a comment...      

     

BraggPlsResp002164

 Alena Martinez ▶ Corregidor Courts/ Bougainville Housing Area
9h · 

8h   Like   Reply

 **Kristian Padgett**
This was our socket and it's got water on it so there was condensation or water in the socket



8h   Like   Reply

 **Lexis Reed**
**Ishmael J Reed**

8h   Like   Reply

 **Kaitlynn Dragoo**
Dealing with the same thing!! About to go get gasket covers for my light switches and install them myself after bleaching everything I can because corvias wont fix it. (They wanted to caulk it and I straight up said no because all that will do is trap the moisture making it worse.)

6h   Like   Reply

Write a comment...     

     

‹  Lexis Reed ▸ Fort Bragg On Base
Housing and Support Group🎉   •••
3h · 🖼



Gina Lu

**Zhunie Yun-Villasenor** I think it
depends how fancy you want it. The
regular metal storm doors can be
anywhere from 50-100$ and Lowe's
does install

3h   Like   Reply                    👍1

**Zhunie Yun-Villasenor**
I have no idea how to install a door lol i
wonder if Lowe's has someone to do it?

3h   Like   Reply

**Zhunie Yun-Villasenor**
**Gina Lu** oh thanks! I seen your
comment right after i commented lol.

3h   Like   Reply

Write a reply...

**Darla Stephens**
Soooo we got ours because when it rained
our front door leaked and they didnt want to
fix our floor 😳 that was their fix for a floor
that's about to fall in 🤦‍♀️

3h   Like   Reply

**Jazmin Burdette**
I want one too!

48m   Like   Reply

Write a comment...          📷  GIF  ☺

🏠   🏘1   🏳   🗒   🔔   ☰

Sharon Land ▶ Military Housing Advocacy
Network
8m · 🖼

Fort Bragg - SGM housing
Corvias..... it's just dirt. 🤦‍♀️

😮😦🥺 10                          3 Comments

👍 Like        💬 Comment        ↪ Share



👍 Like        💬 Comment        ↪ Share

BraggFlsResp002167

Like     Comment     Send

**Taylor Bryant** ▶ **Military Housing Advocacy Network**
4m · 🖼

This is the storage unit on my carport! I have called corvias. They stated someone would be out today. I understand it's only been about an hour and a half since I called them. But they sent someone out to handle the issue with my blinds (that I put in a few weeks ago) but haven't sent anybody out about this issue! I'm livid! That was a brand new high chair and that wall that has the water and mold damage that is the wall that butts up to the inside of my house! 😭😭😭😭



1 Comment

Like     Comment     Share

**Jessica Lynn Brueck**
It's been over a month and I'm still waiting for



Jessica Lynn Brueck ▶ Military
Housing Advocacy Network
54m · 🖼

For who ever is in Fort Bragg and corvias is taking their
time to do repair or even worst say " it's nothing" or
things like that. Please contact Tonia Barnes! She helped
us a lot after two months of having to call every day
corvias, after having at least 5 maintenance guys coming
through and taking pictures of the problem. After having
not 1 but 3 set days to fix the problem but the first time
corvias told the problem was something else and the
contractor was not prepared to do the job. Then they
realize they had two contracts on the same work so they
cancel the first one (who was ready to get it fixed) and
have the job to the other who 2 days before the work
was supposed start texted me and told the work will be
delayed an other 1/2 week minimum cuz corvias didn't

had a hospitality suit to put my family. 😮 all this while
me and my one year old were stuck in the house with
mold in the entire kitchen and u could even smell it just
walking in the house. After I email Mrs Barnes in less
then a weekend she managed to get us moved to the
hospitality suit and made the work start. They even did
more then what they were supposed to. She did
amazing!!!



**Jessica Lynn Brueck ▶ Military Housing Advocacy Network**
54m · 🖼



Daniel Motika ▶ Casablanca/Anzio Acres Neighborhood Page (Fort Bragg, NC)
14m · 🖼

If anyone has anything that they have been unable to resolve with Corvius, contact Mrs. Barnes and file a formal complaint. Her position was created to be a housing advocate for you. Share the hell out of this. If we don't put her to work, her position goes away and Corvius goes back to screwing over Soldiers. I was unaware her position was created in response to Congressional Inquiries into Corvius.

+14

👍 Like          💬 Comment

**JayDee Bar**
So major updates on my similar issue =[ after taking a weel longer than they told us, we were informed yesterday we now have to move homes completely and our house is no longer safe. While they were addressing some issues they found more serious ones that RCI came across during

Write a comment...          GIF  ☺

 **Jessica Allen** ▶ **Military Housing Advocacy Network**    •••
12h · 🖼

I wanted to start a thread for my recent housing issue.

Fort Bragg; living in a historical district.

Had a leak from a storm last night, and can see the start of visible water damage on the only access to the attic/ceiling area. Made a call this morning and Corvias sent someone to look at it about an hour later.

After I hung up the phone for the work order, I went to take a shower and saw something black in the corner. Thought it was a bug, and to my surprise found two literal mushrooms growing from the corner base board. (Long one is three inches in length!)

I ended up deep cleaning my house—
I found more mold growth on both my front and back door on the frame work.

I know we have lead paint as well that has been painted over (they made me sign a paper saying I acknowledge it's here).

Once I found the spores, I called back immediately for a second work order. I intend to speak with management directly tomorrow morning to voice my concerns.

I'm seven months pregnant and now I'm paranoid of what else is hiding behind my walls.

Edit to add—

I know the water damage doesn't look significant, but it being an old home, I'm concerned it's a lot worse than it

     

Case 5:20-cv-00336-D   Document 110-26   Filed 09/16/22   Page 42 of 79   Bragg-IsResp002171

Once I found the spores, I called back immediately for a second work order. I intend to speak with management directly tomorrow morning to voice my concerns.

I'm seven months pregnant and now I'm paranoid of what else is hiding behind my walls.

Edit to add—

I know the water damage doesn't look significant, but it being an old home, I'm concerned it's a lot worse than it appears. I intend to have my husband take pictures when they remove the panel (very tall ceilings and can only be accessed with a ladder).

Also intend to buy an air test tomorrow.



🏠    ▶️    🏪    🚩    🔔    ☰

BraggIsResp002172

▪▪ᴵᴵ LTE 🔋

View 1 more reply...

Write a comment...  📷  ☺

**Jennifer Burt** ▶ **Corregidor Courts/ Bougainville Housing Area**  ⋯
18h · 🖼

Really hate the housing here😅 got up after getting my daughter out the bath and my foot went through the flooring!! The wood is so rioted underneath!



😲👍 22                                          41 Comments

👍 Like                                🗨 Comment

**Kimberly Pendergrass**
Put in a work order any time you notice your

🏠  ▶️  🏠①  🚩  🔔  ☰



11:56

◀ Safari

••|| LTE 🔋

**Jennifer Burt** ▶ Corregidor Courts/
Bougainville Housing Area

18h · 🖼

OMG‼️ 👍1

18h   Like   Reply

**Victoria Egnor**
I feel like my floor is about to do this in the bathroom too!

18h   Like   Reply

**Jennifer Burt** Author
**Victoria Egnor** between my toilet and bathtub is all soft I'm surprised i only went through in the one spot 😬

17h   Like   Reply

**Victoria Egnor**
**Jennifer Burt** mine is soft in the same place! This scares me. 😬

17h   Like   Reply

**Jennifer Burt** Author
**Victoria Egnor** be careful😬 it didn't hurt me since all the wood is soft and rotten but still.

17h   Like   Reply

Write a reply...

**Brooke Parrish**
Oh gosh!! My floor is seriously about to

Write a comment...   GIF   ☺

Braggi-IsResp002174



11:56 ◀ Safari      ▪|| LTE 🔋

<    Jennifer Burt ▶ Corregidor Courts/    •••
        Bougainville Housing Area
        18h · 🖼

**Madison Craft**
Happened to me this time last year too

17h   Like   Reply

**Jennifer Burt**   Author
Madison Craft how long did it take them to replace?

17h   Like   Reply

**Madison Craft**
Jennifer Burt months

17h   Like   Reply

**Jennifer Burt**   Author
Madison Craft of course 😑

17h   Like   Reply

**Madison Craft**
Jennifer Burt write everything down dates, names, work order numbers EVERYTHING

17h   Like   Reply        👍 1

**Jennifer Burt**   Author
Madison Craft I called them today but I haven't gone through the portal yet

17h   Like   Reply

Write a reply...

○   Write a comment...      GIF ☺

🏠   ▶   🏠①   🚩   🔔   ☰

BraggFlsResp002175



‹  Jennifer Burt ▶ Corregidor Courts/
   Bougainville Housing Area
   18h · 🖼

**Briana Kramp**
Same thing happened to me and they were out the next day to look at it and the repairs were scheduled within the week. It took maybe 2 weeks total from start to finish after my husbands foot went through.

17h    Like    Reply                            👍😮 2

**Jennifer Burt**  Author
**Briana Kramp** oh good! Hoping they are fast because I use that bathroom all the time for my daughter

17h    Like    Reply                            👍 1

**Briana Kramp**
**Jennifer Burt** Yeah, mine was in the bathroom as well and they were at the house just about all day but they were able to finish it in one day. It took a couple weeks because of scheduling with the company but they were great. If you don't hear from anyone I'd keep calling in until someone shows. For us it ended up being dry rot which was understandable considering how old some of the housing is.

17h    Like    Reply

**Briana Kramp**
**Jennifer Burt** We also covered the hole

[○]    Write a comment...          GIF  ☺

🏠    ▶    🏠①    ⚑    🔔    ☰



‹  **Jennifer Burt** ▸ Corregidor Courts/ ···
Bougainville Housing Area
18h · 🖼



**Anna Priest**
I have a bathroom floor doing the same
thing and the flooring at the front door.
They are ripping it all up soon.

16h   Like   Reply



**Kimberly Pendergrass**
Put in a work order any time you notice your
floors getting soft! I've had my hall, both
bathrooms, and front door area all replaced.
The wood underneath was completely
breaking apart and had so much water
damage . Thankfully Maintenance was
quick to respond each time and send
contractors out.

16h   Like   Reply

**Jessica Marie**
Kimberly Pendergrass did they have to
move you to the hospitality suite for
this? I've been holding off on putting in
a work order for our bathroom floor for
this reason.

12h   Like   Reply

 **Kimberly Pendergrass**
Jessica Marie nope! We were able to
stay home. The bathroom will only take
about half a day depending how much
they have to do. They had to

Write a comment...   GIF  ☺

BraggFlsResp002177

 

Jennifer Burt ▶ Corregidor Courts/ Bougainville Housing Area
18h · 🖼



**Taylor Bryant**
We had to have our front bathroom replaced in January and now our master bath is now got dark spots all over it. As soon as we started seeing black spots on it and feeling that it started getting soft we said something. They will be calling next week to schedule it. The front bathroom felt like I was walking on clouds. Thank god they fixed it quick but they had to pull everything from the tub to the living room under the front corner of the hallway. It was horrible.

16h   Like   Reply



**Jennifer Burt**  Author
Taylor Bryant I just got a call and they told me someone will be out to patch the hole yet the whole floor is soft!!

16h   Like   Reply



**Taylor Bryant**
Jennifer Burt yeah no. I wouldn't be taking that. I'd be calling back tomorrow after they 'patch' the hole and have them come back out and tell them you have dark spots and mold under your bathroom linoleum

16h   Like   Reply

Write a comment...   GIF  ☺

       

BraggPlsResp002178



**Jennifer Burt** ▸ Corregidor Courts/
Bougainville Housing Area
18h · 🖼

**Taylor Bryant**
Jennifer Burt yeah no. I wouldn't be
taking that. I'd be calling back tomorrow
after they 'patch' the hole and have
them come back out and tell them you
have dark spots and mold under your
bathroom linoleum
16h   Like   Reply

**Jennifer Burt**   Author
Taylor Bryant he just left and said he
was calling his supervisor because my
floor shot bad.
16h   Like   Reply

**Taylor Bryant**
Jennifer Burt good!
16h   Like   Reply

**Jennifer Burt**   Author
Taylor Bryant but he said he would do a
patch for now so he can get my floor
contracted
16h   Like   Reply                    👍 1

**Taylor Bryant**
Jennifer Burt I'd rather get the floor
patched ASAP and then have a
contractor come out and fix it in a bit
than have a gaping hole that bugs and

Write a comment...                GIF  ☺

11:57 ⌖
◀ Safari

.ıl LTE 🔋

‹   Jennifer Burt ▶ Corregidor Courts/
    Bougainville Housing Area
    18h · 🖼

**Taylor Bryant**
Jennifer Burt I'd rather get the floor
patched ASAP and then have a
contractor come out and fix it in a bit
than have a gaping hole that bugs and
stuff can come up in.

When I told them about mine they came
out a few days later and then the
contractor called me a few days after
that then scheduled a time he was
available to come look at it and told me
that he would call me next week (this
coming week) and tell me what day it's
scheduled for. So hopefully within the
next week or two it will be fixed. But
mine is no where near as bad as yours.

16h   Like   Reply                    👍1

**Taylor Bryant**
Jennifer Burt here's one spot.



😮1

⃝   Write a comment...        GIF  ☺

🏠   ▶️   🏠¹   🏳   🔔   ☰



**Jennifer Burt** ▶ Corregidor Courts/ Bougainville Housing Area
18h · 🖼

**Taylor Bryant**
Here's another.

16h   Like   Reply

**Jennifer Burt**  Author
**Taylor Bryant** fingers crossed 🤞 he said he would be right back and would let me know what the supervisor says

16h   Like   Reply

**Taylor Bryant**
Inside that square is all soft on mine.

Write a comment...   GIF

◀ Jennifer Burt ▶ Corregidor Courts/
Bougainville Housing Area
18h · 🖼

**Taylor Bryant**
Inside that square is all soft on mine.



16h   Like   Reply

**Jennifer Burt**  Author
Taylor Bryant oh no! Hopefully they can
get yours fixed before someone falls
through

16h   Like   Reply

**Taylor Bryant**
Jennifer Burt I'm hoping so! But like I
said mine isn't near as bad as yours!
Fingers crossed it's fixed ASAP!

16h   Like   Reply

Write a reply...

**Sara Marie McCarron**
The floor in the spare bathroom had to get

Write a comment...   GIF   ☺

🏠  ▶️  🏠¹  🏳  🔔  ☰



**Jennifer Burt** ▶ Corregidor Courts/ Bougainville Housing Area
18h ·



**Sara Marie McCarron**
The floor in the spare bathroom had to get repaired. Then the same issue between the livingroom and kitchen and this is how they fixed it. Plywood and 6 nails 🙄 and now the other bathroom needs the floor fixed.



15h    Like    Reply

**View 1 previous reply...**



**Sara Marie McCarron**
Jennifer yup every time we step on it I can just feel it about to go 😥 I don't know how this is supposed to fix it. I'll be calling on Monday

14h    Like    Reply                         👍1



**Jennifer Burt** Author
Sara Marie McCarron he cut himself on it while screwing it in 3 times and then looked at me and told me to be careful



Write a comment...    GIF  ☺

‹     **KayKay's Post**

 **KayKay Jackson** ▸ **Corregidor Courts/ Bougainville Housing Area**
1h · 

I've been calling maintenance to address the mold issue in my house since February. They came once around July and told me "they didn't see any mold" I've called again. Does anyone know what else can I do? I have an infant and I'm worried it could affect her health

😲👍 15                 24 Comments

👍 Like                 💬 Comment



Like          Comment



Like          Comment

BraggPlsResp002185



Like          Comment

BraggPlsResp002186



BraggPlsResp002187

6:52



Write a comment...

Hannah Gagnon ▶ Military Housing
Advocacy Network
11h · 🖾

Hey you guys, long post. IN NEED OF GUIDANCE. I'm in
my second on base housing at Fort Bragg. My first was
in Hammond hills my second is in Nijmegen. I am
currently in a hospitality suite due to some mold/leaks in
my Nijmegen home. The first time I was placed in a hotel
this time I am in a hospitality suite. It took two years
when I lived in Hammond hills for them to finally rip out
everything and rehome me. BUT I had to be a bitch to
get anyone to take me serious. I have been in my
Nijmegen home for a year and a half and already having
issues I discovered the leak a little over a month ago and
it is being taken care of now. I am so sick of dealing with
all of the problems and would like to know what I can do
about it and what steps you all have taken. How far can I
take this etc. I have pictures from both homes with black
mold either in the walls or in the ceilings/HVAC. I am so
upset that my daughters whole life has been spent in
moldy homes and thankfully it hasn't caused any issues
for her. I do not want to be placed in another home just
to go through this again and I'm afraid to move off base
and something like this happen as well. This is our first
duty station and we've already lived in two different
moldy ass homes. Not to mention the hospitality suite
that I'm currently at is super old and not hospitable at all
and there's no telling the amounts of mold hidden behind
these walls. Thank you so much in advance. Please feel
free to PM me. ❤️

9 Comments

👍 Like                    💬 Comment



6:53

**Hannah Gagnon** ▶ **Military Housing Advocacy Network**
11h ·

**Hannah Gagnon** Author
.
10h   Like   Reply

**KayKay Jackson**
I have no advice but you're not alone! My daughter and I too just got put in a hospitality suite on fort Bragg because of mold 😔 I'm stressed to the max we are doing everything we can to hold Corvias accountable for allowing our families to live like this, stay strong mama ❤️
10h   Like   Reply                                   ❤️1

**Hannah Gagnon** Author
KayKay Jackson thank you so much luv. Where did they place you?
10h   Like   Reply

**KayKay Jackson**
Hannah Gagnon Casablanca neighborhood. What about you guys?
9h   Like   Reply

**Hannah Gagnon** Author
KayKay Jackson they put us in Ardennes
7h   Like   Reply

Write a comment...   GIF  ☺

 **Hannah Gagnon** ▶ **Military Housing Advocacy Network**

11h · 

 **Cat Billet**
bragg is trash. we live in pope currently and were moved out of bataan last year because of mold and other issues, to come to a "newly renovated home" with roof leaks causing mold and major issues in our kitchen ruining food all the time. we first discovered it last year in november, was "fixed" in april, then came back out again in june, and again 2 weeks ago for the same leak and mold growth. it's ridiculous. corvias is terrible

9h    Like    Reply                               1

 **Hannah Gagnon**  Author
**Cat Billet** I am just so irritated with how shitty things have been. It's our first duty station and all three years of it this is the crap we've dealt with.

7h    Like    Reply

  Write a reply...

 **JayDee Bar**
Same here we moved out of our Hammonhills home and now moving into a Nijmegen home. We are trying to clear from the hospitality suite. I also lived in the Hammond Hills home for 2 years and had to be a bitch to get anything done.

  Write a comment...               GIF   ☺

          



6:53

**Hannah Gagnon** ▶ **Military Housing Advocacy Network**
11h ·

"fixed" in april, then came back out again in june, and again 2 weeks ago for the same leak and mold growth. it's ridiculous. corvias is terrible

9h   Like   Reply

**Hannah Gagnon**   Author
Cat Billet I am just so irritated with how shitty things have been. It's our first duty station and all three years of it this is the crap we've dealt with.

7h   Like   Reply

Write a reply...

**JayDee Bar**
Same here we moved out of our Hammonhills home and now moving into a Nijmegen home. We are trying to clear from the hospitality suite. I also lived in the Hammond Hills home for 2 years and had to be a bitch to get anything done.

9h   Like   Reply

**Hannah Gagnon**   Author
JayDee Bar that is so freaking crazy how similar our situation has been!

7h   Like   Reply

Write a reply...

Write a comment...   GIF   ☺

Bragg-IsResp002191

**Sharon Land** ▶ **Military Housing Advocacy Network**

13h · 🖼

Has anyone done a DIY Mold test and had eggs and larva grow? If so can I PLEASE see photos?

👍 Like          💬 Comment

😮 **Ashley Wilkes**

**Al Pitman**
Like mold mites? I've never had this happen myself but I am curious what this looks like. Can you post a photo of what you have?

8h   Like   Reply

**Sharon Land**  Author
**Al Pitman** I'll be happy to. 😉



😮 1

8h   Like   Reply

**Sharon Land**  Author

Write a comment...          GIF  ☺



8h   Like   Reply

**Sharon Land** Author

8h   Like   Reply

**Sharon Land** Author

8h   Like   Reply

**Al Pitman**
Sharon Land I think that maybe a
fungus gnat larvae. How many dishes

Write a comment...                GIF  ☺



**Jayla Garcia ▶ Fort Bragg On Base Housing and Support Group**🏚️
1h · 🏠

Sooo it's been a week and when we had the big rain last Saturday a giant tsunami of water landed on our bed in the middle of the night...tomorrow will make a week and still haven't heard anything from housing on if, when they are gonna fix it. So that last few times it has rained this week we have had to use a tote to catch the water...... I'm frustrated at this point. They had a roofer come by and "appraise" but still nothing on if and when they are going to do something! Don't get me started on last year when our basement flooded cause the sub pump went out ruined 10k worth of items luckily have renters insurance but my spouse and I ended up doing their job on eliminating the sitting water and drying out our basement.... 😳😵

👍 Like          💬 Comment

**Top Comments** ⌄



**Marisa MachoNachos**
Get your husbands command involved, call 50 times a day, threaten to go to the news

1h   Like   Reply                    1 👍

**Jayla Garcia** Author
Marisa MachoNachos that's what we may have to do at this point. I don't like to but I shouldn't have to drag a tote and dump it in the middle of the night cause it's full!

1h   Like   Reply

Write a comment...          GIF 😊



6:35

**Niya Brown** ▶ **Fort Bragg On Base Housing and Support Group**🏚️
38m · 🖼️

Just offered a house in Hammond Hills im still out of town . Is it a good neighborhood ?

👍 Like          💬 Comment

**Top Comments** ⌄

**Kayla Reed**
We lived there our first year and we had so many problems 🙁 we had mold, roaches, spiders, rodents and there was even a time that there was a peeping tom situation

28m   Like   Reply

**Kayla Reed**
Kayla Reed not to mention our first 3 months the showers kept having water come up and they kept blaming us because of toilet paper and such only to find out when they went to replace the pipes that the whole pipe was clogged by tree roots

27m   Like   Reply

**Kayla Reed**
They also have lead paint in those houses and they make you sign a paper being okay with it

26m   Like   Reply

Write a comment...          GIF   ☺

Bragg-IsResp002195



Jayla Garcia ▶ Fort Bragg On Base
Housing and Support Group🏚️
1h · 🖼️

Sooo it's been a week and when we had the big rain last
Saturday a giant tsunami of water landed on our bed in
the middle of the night...tomorrow will make a week and
still haven't heard anything from housing on if, when
they are gonna fix it. So that last few times it has rained
this week we have had to use a tote to catch the
water...... I'm frustrated at this point. They had a roofer
come by and "appraise" but still nothing on if and when
they are going to do something! Don't get me started on
last year when our basement flooded cause the sub
pump went out ruined 10k worth of items luckily have
renters insurance but my spouse and I ended up doing
their job on eliminating the sitting water and drying out
our basement.... 😳🥴

👍 Like                    💬 Comment

Top Comments ⌄



**Marisa MachoNachos**
Get your husbands command involved, call
50 times a day, threaten to go to the news

1h   Like   Reply                              1 👍

**Jayla Garcia** Author
Marisa MachoNachos that's what we
may have to do at this point. I don't like
to but I shouldn't have to drag a tote
and dump it in the middle of the night
cause it's full!

1h   Like   Reply

Write a comment...                    GIF  ☺

🏠   ▶   🏪   🚩   🔔¹   ☰



6:35

< **Niya Brown** ▶ **Fort Bragg On Base Housing and Support Group**🏘️
38m ·

Just offered a house in Hammond Hills im still out of town . Is it a good neighborhood ?

👍 Like                    💬 Comment

**Top Comments** ⌄

**Kayla Reed**
We lived there our first year and we had so many problems 🙁 we had mold, roaches, spiders, rodents and there was even a time that there was a peeping tom situation

28m   Like   Reply

**Kayla Reed**
Kayla Reed not to mention our first 3 months the showers kept having water come up and they kept blaming us because of toilet paper and such only to find out when they went to replace the pipes that the whole pipe was clogged by tree roots

27m   Like   Reply

**Kayla Reed**
They also have lead paint in those houses and they make you sign a paper being okay with it

26m   Like   Reply

Write a comment...           GIF   ☺

 KayKay Jackson ▶ Military Housing Advocacy Network

2h · 

...

<

 **KayKay Jackson** Author

I've got a lot of people I've been in contact with who have been trying to help. The problem I'm running into is Corvias is trying to tell me after they finished this hvac cleaning it will be safe for us.

My daughters pediatrician says absolutely not get her out of that house. Corvias is telling me yeah I can move but because they are "deeming it safe" you're going to pay for any costs associated with moving on top of any repairs they'll have to make after the move out inspection. This is where i feel like I need to put up a fight.

2h   Like   Reply

**Tricia Forehand**

KayKay Jackson they should give you an allowance to help you move if you keep on them enough. Did you ever follow up with Chris from RCI like we discussed? If you insist that you no longer trust Corvias to do their job due to the negligence since February, you can demand they let you out of your current lease and move you into a new home. They provided me with a stipend to help move due to my husband being deployed. They usually will not move due to a displacement policy they have,

 Write a comment...  GIF 

     

BraggPlsResp002198

12:08

 KayKay Jackson ▶ Military Housing
Advocacy Network
2h · 

···

 **Victoria JeanPierre**
Contact the base housing advocate. Call
Corvias corporate and light them up. This is
beyond acceptable.

2h   Like   Reply

**Kim Nichols**
Victoria JeanPierre corvias corporate
does nothing. I called yesterday bc we
still do not have our $800 from a move
out. All they did was email that bases
office telling them to call me. So they
did and BITCHED me out that I even
called corporate.  They said its my fault
I still don't have my money. Blah blah
blah. They called me back later that
day, different woman, and said they
found my check and IT NEVER EVER
LEFT FINANCE. So when they called us
saying it got sent back undeliverable
THEY LIED TO ME!. They said its been
mailed and we should get it the 8th.
They can keep it. We are going to JAG
Monday. What would have $800 will
now be waaayyyyyy more and hopefully
every single one of their jobs at Riley.

1h   Like   Reply

 **Victoria JeanPierre**
Kim Nichols Corvias Corporate always
jumps on the band wagon when I have

 Write a comment...     ☺

          

BraggPlsResp002199



Like    Reply

Write a comment...

---

**Kaytlin Erickson ▶ Fort Bragg On Base Housing and Support Group** 🏡

14m ·

Hey y'all so I asked for some advice last week about getting help for a move over due to us being in an unlivable us they are having torn down. Well I finally was able to talk to someone and they told me they have to get it approved as a maintenance move over but I would still be responsible for the cost of moving into a new home even if it's because the house is having horrible issues left and right that we can not stay in it! Is this really the case? I don't think it's really fair to make us pay a huge deposit on a new house when we already paid one for this house and it's falling apart! (We didn't get the chance to look at the house or see any issues before we moved in). Just curious if anyone has had a similar issue. Sorry for the long post!

EDIT TO ADD: I'm okay with physically moving myself just not understanding the money they're saying I would pay upfront and them calling it a "deposit"

6 Comments

👍 Like              💬 Comment

Write a comment...



BraggFlsResp002201



**Noelle Karina** ▶ **Military Housing Advocacy Network**
🛡 Admin · 2h · 🖼



**Brittany Opsomer**
Corvias Fort Bragg



48m    Like    Reply

 **Brittany Opsomer**



50m    Like    Reply

 **Brittany Opsomer**
Windows aren't insulated, that's the exterior brick wall. Windows are molding from the lack of insulation and increased humidity creating moisture

Write a comment...

**Noelle Karina** ▶ **Military Housing Advocacy Network**

🛡 Admin · 2h · 🖼

**Brittany Opsomer**
Windows aren't insulated, that's the exterior brick wall. Windows are molding from the lack of insulation and increased humidity creating moisture



51m   Like   Reply

**Brittany Opsomer**

47m   Like   Reply

Write a reply...

Write a comment...   GIF  ☺

🏠  ▶️  🏪  📰⁴  🔔  ☰

**Kristy Milano** ▶ **Military Housing Advocacy Network** 

8h · 🖼️

I need some help and guidance. I'm very new here. We live on Ft Bragg and I'm almost certain that our house has mold. My husband is highly allergic and is constantly sneezing, has swollen eyes and a runny nose as soon as he walks through our front door. I have a 3 year old and a newborn- who are both sneezing a lot. My 3 year old has a constant cough.
I want to get our house tested ASAP! Will Corvias come out and test. (I'd call them and ask but I honestly don't trust them and feel as tho I would get the run around.) Do i have to test for it myself, and if so- where test do you recommend?
Please and thank you for any help!

👍 Like                    💬 Comment

👍😠 2

**Rachel Christian** ⊙
they will likely not test but you can find a company in the area what can do an air quality test.

8h   Like   Reply

**Aryka Hawkins**
Rachel Christian depends what base your at. I'm at drum and I threw a big ass fit and they told me nothing was wrong i filed an ice report and they did air quality testing told me no mold but they cleaned and removed all the mold

Write a comment...   GIF   ☺

Marisa MachoNachos ▶ Fort Bragg On Base
Housing and Support Group🏠
25m · 🖼

Let's do a real time watch of how corviad handles this
mold found in my bathroom

Day 1. Found and submitted work order on Monday
Corvias calls and schedules an appt for Thursday

And now we wait



Rules

Write a comment...



What neighborhood? I've called for soft spots and mold and had someone out literally within and hour or two of calling. That's not right to make you wait that long for them to just look at it!

1m  Like  Reply

**Marisa MachoNachos** Author
I will say they called me within an hour of sending in the work order

7m  Like  Reply

**Marisa MachoNachos** Author
It bubbled up and I pushed it and it came apart then I peeled it back more

16m  Like  Reply

**Cee Cee Cruz**
Our floors started sinking in to

18m  Like  Reply

**Cee Cee Cruz**
This is reason 999 why we just moved off post corvias ignored our mold said it was dirt 🙄 and when it got worst we call back to back to back and nothing

19m  Like  Reply

**Zhunie Yun-Villasenor**
Did that just peel back?

21m  Like  Reply

Rules

Write a comment...

BraggPlsResp002206



4:44

👍 Like     💬 Comment     ➦ Share

**Isabella Vercetti** ▶ Military Housing Advocacy Network
1d · 🖼

(Fort Bragg)

Just wanna put it out there- Lisa Kroll is a joke. She's been in a meeting for 2 days apparently and hasn't been able to call us back, and see over our work orders that somehow aren't in the system (we made them) because I guess she's not the manager now? Idk, but having a window broken in (Sept), shared wood fence broken and dogs put into emergency surgery, and the downstairs flooding with grey water (sewage) on vets day when we weren't home, I guess just isn't enough to care about residents? Weird that Heather and Lisa promised my husbands brigade commander this all would be fixed within 3 days (2 1/2 weeks ago). I'm pretty sure both of them wouldn't be happy if their child had to live in another state due to black mold rashes. But hey, I hope they had a happy thanksgiving with their families!!

Pissed. Pissed. Pissed. We've been patient for months and all we've gotten is JT, their maintenance manager, come out, LIE to my husbands PL, realize he was the PL, then switch his whole rhetoric around. Never been one to want to go to the news, but these people seem to not care until a fire is under their ass.

😮🤕😡 6         14 Comments

👍 Like         💬 Comment

**Danielle Nicole**
Call the news. I'm tired of reading this BS happening all across the board to m… See More

Like   Reply          1 👍

 Julie Verne ▶ Fort Bragg On Base Housing and Support Group🏡🏢

2m · 🔳

Odd request but we're doing an etp medical move over due to severe mold in our current home ( before anyone asks, it's been a 6 month fight with corvias , lawyers and doctors so I really can't answer questions for people wanting to do random move overs) If anyone that lives in a E1–E5 home with 2 dependents OTHER THEN pope can pm me , I have a few questions about the homes we're offered and wanted to see pics of the inside layouts. Good and bad stories. If you've had issues in certain ones? do you have enough space in them?  ect ... I don't want to leave one horrible house just to get put into another lmao.

Thank you in advance 👀 Happy holidays everyone

 Like           Comment

BraggPlsResp002208