# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CASE NO. 5:20-cv-00336-D

SSG SHANE PAGE, BRITTANY
PAGE, SPC SPENSER GANSKE,
EMILY GANSKE, SFC
CHRISTOPHER WILKES, ASHLEY
WILKES, CPL TIMOTHY
MURPHY, and KATELYN
MURPHY, individually and on behalf
of others similarly situated,

        Plaintiffs,

        v.

BRAGG COMMUNITIES, LLC,
CORVIAS MANAGEMENT-ARMY,
LLC, BRAGG-PICERNE
PARTNERS, LLC, and CORVIAS
CONSTRUCTION, LLC,

        Defendants.

**ORDER GRANTING JOINT MOTION
FOR EXTENSION OF SCHEDULING
ORDER**

 

This matter comes before the Court on the parties' Joint Motion for Extension of Scheduling Order pursuant to Federal Rules of Civil Procedure 16(b)(4) and Local Rule 6.1. The Court, having considered the motion, finds that there is good cause for extension of the current scheduling order. The Court hereby ORDERS that the current scheduling order is amended as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Reports from Rule 26(a)(2) retained experts | November 18, 2022 | February 16, 2023 |
| Rebuttal reports from Rule 26(a)(2) retained experts | December 16, 2022 | March 16, 2023 |
| Supplementation of expert disclosures and responses | December 23, 2022 | March 23, 2023 |

1

| Deadline for fact discovery and expert discovery related to motion for class certification (all discovery shall be completed by) | January 20, 2023 | April 20, 2023 |
|---|---|---|
| Plaintiffs' motion for class certification | February 23, 2023 | May 24, 2023 |
| All potentially dispositive motions | February 24, 2023 | May 25, 2023 |
| Defendants' opposition to motion for class certification | March 23, 2023 | June 21, 2023 |
| Plaintiffs' reply on motion for class certification | April 6, 2023 | July 5, 2023 |
| Supplemental discovery deadline and submission of status report | 90 days following class certification decision | |

NOW, THEREFORE, IT IS ORDERED that the Joint Motion for Extension of Scheduling Order is hereby GRANTED.

SO ORDERED. This **27** day of September, 2022.

_4 Dever_
James C. Dever III
United States District Judge