IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SSG SHANE PAGE, BRITTANY PAGE, SPC SPENSER GANSKE, EMILY GANSKE, SFC CHRISTOPHER WILKES, ASHLEY WILKES, CPL TIMOTHY MURPHY, and KATELYN MURPHY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORVIAS GROUP, LLC, BRAGG COMMUNITIES, LLC, CORVIAS MANAGEMENT-ARMY, LLC, BRAGG- PICERNE PARTNERS, LLC, CORVIAS MILITARY LIVING, LLC, and CORVIAS CONSTRUCTION, LLC,<br><br>Defendants. | CASE NO. 5:20-cv-00336-D |

## ORDER

This matter comes before the undersigned on the motion of the movant, Katelyn Murphy, Executor of the Estate of Timothy Murphy, requesting that she be substituted as Plaintiff. The Court notes that pursuant to Rule 25 of the Federal Rules of Civil Procedure, Plaintiff has filed a suggestion of death reflecting that Plaintiff Timothy Murphy had died. The Court notes that the Plaintiff represents that Katelyn Murphy is duly qualified to act as the personal representative of the Estate. Rule 25(a)(1) provides for substitution upon the death of a party. Fed. R. Civ. P. 25(a)(1).

1

Wherefore, the Court hereby grants the motion and orders that for purposes of the long-form caption of the matter, and the claim for Timothy Murphy, the caption should be modified to substitute for the Plaintiff Timothy Murphy, the following: "Katelyn Murphy, as personal representative of the Estate of Timothy Murphy."

SO ORDERED. This 15 day of November, 2022.

_____
JAMES C. DEVER III
United States District Judge

2

Case 5:20-cv-00336-D   Document 122   Filed 11/15/22   Page 2 of 2